# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2023

*The Court of Appeals hereby passes the following order*

**A24D0043. DEXTER GOODHALL v. WORLD WIDE TRADING, INC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2022CV362099



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, September 12, 2023.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*